# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| DANIEL WATSON § | |
| § | |
| V. § | CASE NO. 4:11-CV-16 |
| § | Judge Schneider/Judge Mazzant |
| FEDERAL NATIONAL MORTGAGE and § | |
| BARRETT DAFFIN FRAPPIER § | |

### MEMORANDUM ADOPTING REPORT AND
### RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On August 11, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Federal National Mortgage Association's Motion to Dismiss Pursuant to Rule 12(b)(6) (Dkt. #13) and Barrett Daffin Frappier Turner & Engel, LLP's Motion to Dismiss (Dkt. #14) should be GRANTED.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Federal National Mortgage Association's Motion to Dismiss Pursuant to Rule 12(b)(6) (Dkt. #13) and Barrett Daffin Frappier Turner & Engel, LLP's Motion to

Dismiss (Dkt. #14) are **GRANTED** and the case is **DISMISSED** with prejudice.

**It is SO ORDERED.**

**SIGNED this 9th day of September, 2011.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE